```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 02035
   NANCY WILLIAMS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9179


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/03/2006 and was confirmed 06/22/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/05/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL NE CURRENT MORTG          .00             .00             .00
HOMECOMINGS FINANCIAL NE MORTGAGE ARRE     11870.46             .00        10985.66
CREDIT ACCEPTANCE CORP   UNSECURED          9748.34             .00          913.50
EDUCATIONL FINANCIAL     UNSECURED         NOT FILED            .00             .00
EDUCATIONL FINANCIAL     UNSECURED         NOT FILED            .00             .00
ISAC                     UNSECURED          3565.36             .00          334.11
ISAC                     UNSECURED         NOT FILED            .00             .00
US DEPT OF EDUCATION     UNSECURED          3509.36             .00          328.86
USA PAYDAY LOANS         UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON      UNSECURED          1342.50             .00          125.80
MCI CONSUMER MARKETS     UNSECURED         NOT FILED            .00             .00
VILLAGE OF ROBBINS       UNSECURED         NOT FILED            .00             .00
LEGAL REMEDIES CHARTERED DEBTOR ATTY            .00                             .00
TOM VAUGHN               TRUSTEE                                             863.65
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 13,551.58

PRIORITY                                              .00
SECURED                                         10,985.66
UNSECURED                                        1,702.27
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               863.65
DEBTOR REFUND                                         .00
                      --------------         --------------
TOTALS                  13,551.58               13,551.58
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 02035 NANCY WILLIAMS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 06 B 02035 NANCY WILLIAMS
```